MAX TANENBAUM, Landlord, Appellant, *v.* MILTON UNGER, Tenant, Respondent.

Supreme Court, Appellate Term, Second Department, October 26, 1950.

*Sidney Hoffman* for appellant.

*Richard R. Glassman* and *Abbie Goldstein* for respondent.

*Per Curiam.* The Municipal Court was without power to question the approval of the lease granted by the Office of Housing Expediter. (*Wasservogel* v. *Meyerowitz,* 300 N. Y. 125; *Glick* v. *Di Cotis,* N. Y. L. J., May 19, 1950, p. 1793, col. 5.) Permission to install the television aerial, if given, constituted a license only and was revocable at will (*Perlov* v. *Loric Holding Corp.,* 191 Misc. 833; *Leona Bldg. Corp.* v. *Rice,* 196 Misc. 514; *Miltonian Realty Corp.* v. *Forman,* 94 N. Y. S. 2d 389; *Goldstein* v. *Alweiss,* 196 Misc. 513) and tenant's failure to heed the notice to remove it authorized the landlord to do so.

The final order should be unanimously reversed upon the law, with $30 costs to landlord, and final order and judgment directed in landlord's favor for $96.80 and appropriate costs in the court below and counterclaim dismissed.

STEINBRINK, FENNELLY and RUBENSTEIN, JJ., concur.

Final order reversed, etc.